FILED
'07 DEC -5 AM 9:31

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Docket No. **07 MJ 2808** |
| Plaintiff | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Liliana SERRATO-ARAQUE<br>AKA: Liliana MENDEZ<br>AKA: Maria Eugenia ELORZA | TITLE 18 U.S.C. § 1544<br>Misuse of Passport |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about **December 4, 2007**, within the Southern District of California, defendant **Liliana SERRATO-Araque AKA: Liliana MENDEZ AKA: Maria Eugenia ELORZA** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting Official US passport number 401943738, issued to Maria Eugenia ELORZA to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that she was not Maria Eugenia ELORZA, that the passport was not issued or designed for her use, and that she is not a United States citizen entitled to a U.S. Passport.

All in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Mario Avila, United States Customs and
Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **5th** DAY OF **December**, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

1.      This Affidavit is made in support of a complaint against Liliana SERRATO-Araque AKA: Liliana MENDEZ AKA: Maria Eugenia ELORZA for violation of Title 18, U.S.C., Section 1544, Misuse of a Passport.

2.      On December 04, 2007, at approximately 1220 hours, Liliana SERRATO-Araque presented herself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Yisdro Port of Entry, to apply for admission into the United States. SERRATO-Araque identified herself with Official US Passport number 401943738, bearing the name Maria Eugenia ELORZA, DPOB 06/03/1967, Colombia, and a photograph that did not bear her likeness. The CBP Officer recognized the discrepancy and asked SERRATO-Araque where she obtained the passport, subject subsequently admitted that the passport was not hers and that she borrowed it from a friend. SERRATO-Araque was referred for secondary inspection.

3.      On December 04, 2007, a CBP Officer conducted a secondary inspection of SERRATO-Araque. During the interview SERRATO-Araque admitted that the US passport was not hers. She admitted that her true name was Liliana SERRATO-Araque, DPOB 07/20/1968, Bogota, Colombia and that she was a citizen of Colombia, not a US Citizen.

4.      On December 04, 2007, at approximately 1430 hours, the San Ysidro Prosecution Unit and the Diplomatic Security Service (DSS) San Diego Resident Office was notified by CBP Officers at the San Ysidro POE of the case. Both CBP Enforcement Officer and Diplomatic Security Service Agent responded to the call and took custody of SERRATO-Araque.

5.      On December 04, 2007, the DSS Agent conducted checks of the US Department of State, US Passport database. Record checks revealed that US Passport number 401943738 had been reported stolen.

6.      On December 04, 2007, SERRATO-Araque was searched by CBP Officers prior to her detention. During the search a Colombian Passport (43.546.109), a Visa, and two Colombian Identification Cards bearing the same name as on the US PP were found.